**In re: Robert Frank ANTONELLI,
Jana Adams Antonelli
Debtors.**

**Robert Frank Antonelli, Jana Adams
Antonelli, Plaintiffs–Appellants,**

v.

**Karl C. Knight, Defendant–Appellee.**

No. 05–14578.

D.C. Docket No. 05–01073 CV–NE,
BKCY No. 04–80171–JAC.

United States Court of Appeals,
Eleventh Circuit.

April 20, 2006.

G. John Dezenberg, Jr., Huntsville, AL,
for Plaintiffs–Appellants.

William M. Hancock, Wolfe, Jones, Boswell, Wolfe & Hamner, Huntsville, AL, for
Defendant–Appellee.

Before DUBINA, MARCUS and
PRYOR, Circuit Judges.

PER CURIAM:

Appellants/Debtors Robert and Jana
Antonelli appeal the district court's affirmance of the bankruptcy court's grant of
summary judgment against the Antonellis,
which denied the discharge of their debts
through bankruptcy pursuant to 11 U.S.C.
§ 727(a)(2).

Because there is substantial evidence
in the record that the creditor, Karl C.
Knight, has been hindered or delayed in
garnishing funds of the Antonellis, we
affirm the district court's judgment affirming the bankruptcy court's grant of
summary judgment, which denied the
discharge of the Antonelli's debts

through bankruptcy pursuant to 11
U.S.C. § 727(a)(2).

AFFIRMED.